# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGHAN DOWNING, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FANTASTIC SAMS FRANCHISE CORPORATION, a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.:  2:21-cv-06801-JLS-MRW<br><br>**ORDER GRANTING VOLUNTARY DISMISSAL WITH PREJUDICE, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1) (Doc. 22)** |

Upon due consideration, good cause appearing, the Court DISMISSES this action with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of the proposed class.  Each party must bear its own costs and attorneys' fees.  The Clerk of Court is instructed to terminate all pending motions and deadlines, and close the case.

**IT IS SO ORDERED.**

DATED:  January 13, 2022

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE